# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN ANTHONY HEADSPETH, | Case No. 1:13-cv-00860-DLB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WITHIN THIRTY DAYS WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER |
| v. | |
| D. PAGE, et al., | |
| Defendants. | (ECF No. 9) |

Plaintiff Calvin Anthony Headspeth ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On June 24, 2014, the Court issued an order finding service of complaint appropriate and provided service documents to complete and return to the Court within thirty days. Plaintiff was warned that the failure to comply with the order would result the dismissal of this action. More than thirty days has passed and Plaintiff has not complied with or otherwise responded to the order.

Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to obey a court order; and

///

///

1

2. The failure to respond to this order or the failure to show cause will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **August 13, 2014**          /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE