# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN ANTHONY HEADSPETH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. PAGE, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00860 DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>[ECF No. 10] |

　　　Plaintiff Calvin Anthony Headspeth ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

　　　On June 24, 2014, the Court issued an order finding service of complaint appropriate and provided service documents to Plaintiff to complete and return to the Court within thirty days. Over thirty days passed and Plaintiff did not comply with or otherwise respond to the order. Therefore, on August 13, 2014, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for failure to comply with a court order.

　　　On August 15, 2014, Plaintiff filed a motion to extend time to comply with the previous deadline to submit completed service documents. Plaintiff states he did not receive his legal mail containing the service documents until August 4, 2014, which was beyond the deadline. Plaintiff submits his mail log showing he received mail from this Court on August 4, 2014.

　　　Accordingly, good cause having been presented, the order to show cause issued on

1

1  August 13, 2014, is hereby DISCHARGED.

IT IS SO ORDERED.

   Dated:   **August 25, 2014**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE