IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALVIN ANTHONY HEADSPETH,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**J. HERNANDEZ, et al.,**<br><br>                    Defendants. | Case No. 1:13-cv-00860-LJO-DLB (PC)<br><br>**ORDER** |

Good cause appearing, Defendants' motion to modify the scheduling order is **GRANTED.** The June 5, 2015 dispositive motion deadline is extended for forty-five days, until **July 20, 2015.**

IT IS SO ORDERED.

Dated:   **April 28, 2015**            /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE