# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN ANTHONY HEADSPETH,<br><br>    Plaintiff,<br><br>  v.<br><br>J. HERNANDEZ, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00860 LJO DLB PC<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Plaintiff Calvin Anthony Headspeth is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. §1983.

A settlement conference was held in this matter on June 5, 2015, before the Honorable Gary S. Austin. A settlement agreement was reached between the parties and put on record. On June 9, 2015, the parties submitted a stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the case is HEREBY DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce the settlement.

IT IS SO ORDERED.

    Dated: **June 10, 2015**            **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE